

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| DEREK HASSAN PRIDE, | § | No. 08-16-00313-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | of Upton County, Texas |
| State. | § | (TC# 15-09-U1083-DPO) |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 11, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLAT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Gonzalo P. Rios, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 11, 2017.

IT IS SO ORDERED this 15th day of September, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.